FILED

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
Case No.: 21-cv-211-MW-GRJ

2022 JAN 12 PM 3:32

DISTRICT COURT
LE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

KATHLEEN MALONE,

    Plaintiff,

v.

FUREVER BULLY LOVE RESCUE, ET, AL

    Defendant.

6:22-cv-72-CEM-GJK

### MOTION FOR JOHN M. PIERCE TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 2.02 of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of John M. Pierce (California State Bar No. 250443) of the law firm John Pierce Law, 21550 Oxnaird Street, 3rd Floor, PMB # 172, Woodland Hills, CA 91367, Tel: (213) 279-7648; jpierce@johnpiercelaw.com for purposes of appearance as counsel on behalf of Kathleen Malone in her individual capacity, in the above-referenced matter only, and pursuant to Local Rule 2.01(d) to receive electronic filings in this case, and in support thereof, states as follows:

1. John M. Pierce is not admitted to practice in the Middle District of Florida and is not a member in good standing of the state bar of Florida. He is member of good standing of the California State Bar, the Central, Northern and Western District of California, Eastern District of Texas and the Eastern District of Pennsylvania.

2. John M. Pierce, by and through designated counsel, hereby requests the Court to provide Notice of Electronic Filings to John M. Pierce at email address: jpierce@johnpiercelaw.com.

3. I have not abused the privileged of special admission by maintaining a regular practice in Florida. I have not appeared in any case within the last thirty-six months in state or federal court in Florida.

4. I will comply with the federal rules and this Court's local rules.

5. In accordance with the local rules of this Court, John M. Pierce has made payment of this Court's $150.00 admission fee or will pay the fee upon special admission.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion for John M. Pierce to Appear *Pro Hac Vice* before this Court on behalf of Kathleen Malone in her individual capacity, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to John M. Pierce.

Date: December 30, 2021             Respectfully submitted,

/s/ John M. Pierce
John M. Pierce
JOHN PIERCE LAW
21550 Oxnaird Sreet
3rd Floor, PMB # 172
Los Angeles, CA 91367
Tel: (213) 279-7648
jpierce@johnpiercelaw.com

*Attorneys for Plaintiff Kathleen Malone*